## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA
## MOBILE DIVISION

**SUPERIOR BAY MARINE OF ALABAMA, LLC,**

      **Plaintiff,**

**v.**                                    **Civil Action No. _____**

**LUXEMBORG TRADING, LLC,**

      **Defendant.**

### COMPLAINT

**COMES NOW**, Plaintiff, Superior Bay Marine of Alabama, LLC, by and through undersigned counsel, and would file this, it's Complaint against Defendant, Luxemborg Trading, LLC, and would state unto the Court the following:

### Parties

1.      Plaintiff Superior Bay Marine of Alabama, LLC (hereinafter "Superior Bay") is an Alabama limited liability company organized and existing pursuant to the laws of the State of Alabama.  Its principal place of business is located at 118 Industrial Parkway, Saraland, Alabama 36571.

2.      Defendant Luxemborg Trading, LLC (hereinafter "Luxemborg"), is a limited liability company organized and existing pursuant to the laws of the State of Texas with its principal place of business being 2601 N. Skinner Rd., Edinburg, Texas 78542.  It may be served with process by and through its registered agent for service of process, Irma Isabel Pruneda, 2601  N. Skinner Rd., Edinburg, Texas 78542.

**Jurisdiction**

3.      This matter arises under the Court's admiralty and maritime jurisdiction, 28 U.S.C. § 1333, as this matter involves a maritime contract and diversity jurisdiction, 28 U.S.C. § 1332, as the parties are citizens of different states and the amount in controversy exceeds $75,000.00.

**Venue**

4.      Venue is proper in this jurisdiction pursuant to 28 U.S.C. § 1391(b)(2) as a substantial part of the events or admissions giving arise to the claim occurred within the judicial district of this Honorable Court.

**Facts**

5.      Luxemborg is justly and truly indebted.  Luxemborg chartered the Tank Barge MOB 324, Official No. 1033121 (hereinafter "Barge") from Superior on December 16, 2024.  See Charter attached hereto as Exhibit "A."

6.      The Charter period began on December 17, 2024, and was to terminate December 17, 2025.

7.      The Charter Hire was $2,500.00 per day.

8.      The barge went on charter December 17th, and Luxemborg was invoiced Charter Hire from December 17, 2024 to December 31, 2024, in the amount of $37,500.00.  See attached invoice as Exhibit "B."

9.      The barge remained on charter and Luxemborg was subsequently invoiced $77,500.00 for Charter Hire from January 1, 2025 until January 31, 2025.  See attached invoice as Exhibit "C."

10.     Luxemborg defaulted in the Charter, and as a result of the default, Superior transported the barge from New Orleans Harbor Canal to its home port, Chickasaw, Alabama, and fleeted said barge from December 16, 2024 through January 31, 2025. Luxemborg was invoiced $26,500.00 for said services.  Please see attached invoice as Exhibit "D."

11.     At all relevant times hereto, Superior Bay has complied with all provisions of all the Fully Found Charter and has properly invoiced Luxemborg for amounts due. Though duly submitted and demanded, said invoices have not been paid and remained owing to Superior Bay.

12.     Pursuant to the Charters between the parties, Luxemborg had a duty to pay Superior for the use of the barge MOB 324, as shown in the attached invoices.

13.     Luxemborg has failed to pay the outstanding invoices and this failure to make timely payments is a breach of the agreement between the parties.

14.     A result of the Luxemborg breach of the Contract, Superior has incurred significant cost and damages, including, but not limited to, the outstanding sum of $141,500.00, plus interest and all costs, charges and expenses of these proceedings, and any other cost and damages as identified through discovery and/or trial.

**WHEREFORE**, Plaintiff, Superior Bay Marine of Alabama, LLC, prays that after due proceedings had, there will be judgment in its favor and against Defendant, Luxemborg Trading, LLC, in the full sum of $141,500.00, plus interest, for all costs, charges and expenses of these proceedings and for all other general and equitable relief.

**RESPECTFULLY SUBMITTED**, this the 27th day of August, 2025.

s/Frank J. Dantone
**FRANK J. DANTONE (DAN054)**
**HENDERSON DANTONE, P.A.**
241 Main St. (38701)
P. O. Box 778
Greenville, MS 38702-0778
Telephone: (662) 378-3400
Facsimile:  (662) 378-3413
Email: fjd@hdpa.com

Attorney for Plaintiff,
Superior Bay Marine of Alabama, LLC