**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **SUPERIOR BAY MARINE OF ALABAMA, LLC,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CIVIL ACTION NO. 25-0359-WS-B** |
| **LUXEMBORG TRADING, LLC,** | ) | |
| **Defendant.** | ) | |

**ORDER**

The plaintiff has filed a complaint grounding subject matter jurisdiction in both admiralty and diversity. (Doc. 1). The complaint does not carry the plaintiff's burden of demonstrating that the parties are of diverse citizenship, because it does not address that citizenship under the legally governing standard. *See Rolling Greens, MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020, 1021-22 (11th Cir. 2004); *see also Purchasing Power, LLC v. Bluestem Brands, Inc.*, 851 F.3d 1218, 1220 (11th Cir. 2017). Accordingly, the plaintiff is **ordered** to file and serve, on or before **September 11, 2025**, an amended complaint properly alleging diversity of citizenship, failing which this action will proceed solely under the Court's admiralty jurisdiction.

DONE and ORDERED this 28th day of August, 2025.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE